AO 247 (NC/W 03/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| JASON LAVELL FEWELL | ) | Case No: 3:02CR00152-010 |
| | ) | USM No: 19061-058 |
| Date of Previous Judgment: 1/30/2004 | ) | Randolph Lee |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ■ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ■ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __151 (Cts. 1 & 28)__ months **is reduced to** __122 months (Cts. 1&28)__ .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: __37__              Amended Offense Level: __35__
Criminal History Category: __III__           Criminal History Category: __III__
Previous Guideline Range: __262__ to __327__ months     Amended Guideline Range: __210__ to __262__ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
■ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other        *The defendant is also serving a consecutive sentence of 60 months in Count Twenty-Nine for a violation of 18 U.S.C. § 924(c).

**III. ADDITIONAL COMMENTS**
Upon release from imprisonment, and absent a residential plan accepted by the U.S. Probation Officer prior to release from incarceration, it is ordered that as a condition of supervised release the defendant shall submit to the local Residential Reentry Center for a period not to exceed 90 days, with work release, at the direction of the U.S. Probation

Except as provided above, all provisions of the judgment dated __1/30/2004__ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: June 9, 2009

Effective Date: _____
(if different from order

Frank D. Whitney
United States District Judge